IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.

JESUS ALEXIS VAZQUEZ,

    Respondent.

**Judgment in a Civil Case Case**

**Number 5:25-HC-2002-FL**

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for a hearing on the Government's Certificate of Mental Disease or Defect and Dangerousness pursuant to 18 U.S.C. § 4246.

**IT IS ORDERED AND ADJUDGED** that the respondent be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246.

This judgment filed and entered on January 12, 2026, with service on:

Genna D Petre       (via CM/ECF notice of electronic filing)
Kacey Jo Tilley
United States Attorney's Office
150 Fayetteville St, Suite 2100
Raleigh, NC 27601

Paul Downing       (via CM/ECF notice of electronic filing)
Federal Public Defender
150 Fayetteville Street
Ste 450
Raleigh, NC 27601

January 12, 2026

PETER A MOORE, JR., CLERK

by _____
    Deputy Clerk